UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ZEMMON QUILLIN                                              CIVIL ACTION

VERSUS                                                      NUMBER: 14-1242

ORLEANS PARISH                                              SECTION: "E"(5)

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's complaint, insofar as it can be construed as a request for habeas corpus relief, is dismissed without prejudice for failure to exhaust available state court remedies.

**IT IS FURTHER ORDERED** that Plaintiff's §1983 claim is dismissed with prejudice under 28 U.S.C. §1915(e)(2)(B)(ii).

**New Orleans, Louisiana, this** 25th **day of** August **, 2014.**

_____Susie Morgan_____
**SUSIE MORGAN
UNITED STATES DISTRICT JUDGE**